No. 22579.

HAROLD BOXLER AND DAIRYLAND MUTUAL INSURANCE
COMPANY *v.* ROGER WHITNEY.
(425 P.2d 690)

Decided March 27, 1967.     Rehearing denied April 17, 1967.

VICTOR E. DEMOUTH, BAILEY BELFOR, for petitioners.

No appearance for respondent.

*En Banc.*

PER CURIAM.